UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 23-CR-292 (CKK) |
| : | |
| DESMOND EVANS, : | |
| RAMEL HENDERSON, and : | |
| KEVON JACKSON, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S NOTICE**

The United States hereby informs the Court and the defendants of the status of the death penalty review in this case:

The Second Superseding Indictment charges defendants Evans, Henderson, and Jackson with, among other charges, Kidnapping Resulting in Death, in violation of 18 U.S.C. § 1201(a)(1); and Carjacking Resulting in Death, in violation of 18 U.S.C. § 2119(3). ECF # 103 (Counts One and Four). The maximum penalty for these offenses is death. *See Id.*

All capital-eligible cases are submitted for departmental review. JM §§ 9-10.060. As part of this process, the United States Attorney submits a recommendation to the Capital Case Section. JM § 9-10.080. In this matter the United States Attorney's recommendation was submitted on May 12, 2025. That recommendation is confidential. JM § 9-10.050 (The decision-making process preliminary to the Attorney General's final decision is confidential," [including] "the

recommendations of the United States Attorney's Office . . ..")  Currently, the matter is under review by the Attorney General.

                                  Respectfully submitted,

                                  JEANINE FERRIS PIRRO
                                UNITED STATES ATTORNEY

                                _/s/ John Crabb Jr._
                                John Crabb Jr.
                                N.Y. Bar No. 2367670
                                601 D Street, N.W.
                                Washington, D.C. 20530
                                john.d.crabb@usdoj.gov
                                (202) 252-1794